UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEREMIAH SIDDIQUE JOHNSON EL EX REL JERRY LETITE/LATEEK JOHNSON,<br><br>Plaintiff,<br><br>-against-<br><br>WILLIAM L. DEPROSPO DBA MAGISTRATE GOSHEN CIVIL COURT; STATE OF NEW YORK; TOWN OF CHESTER; BRUCE CHAMBERS; ROBERT BIRD,<br><br>Defendants. | 1:19-CV-8426 (CM)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued November 22, 2019, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims under 42 U.S.C. § 1983 against the State of New York and Judge DeProspo as frivolous and for seeking monetary relief from defendants that are immune to such relief. 28 U.S.C. § 1915(e)(2)(B)(i), (iii). The Court dismisses Plaintiff's remaining § 1983 claims for failure to state a claim on which relief may be granted, *see* § 1915(e)(2)(B)(ii), with the exception of Plaintiff's remaining § 1983 claims against Bruce Chambers and Robert Bird, which the Court dismisses without prejudice as duplicative of his claims against those defendants in *Johnson El v. Bird*, 7:19-CV-5102 (CS). The Court declines to exercise supplemental jurisdiction over any claims Plaintiff asserts under state law. *See* 28 U.S.C. § 1367(c)(3).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

Dated: November 22, 2019
New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge